# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**TERI D SPEYRER ET AL**          **CASE NO. 6:19-CV-01282**

**VERSUS**                         **JUDGE JUNEAU**

**WYDETTE WILLIAMS ET AL**         **MAGISTRATE JUDGE HANNA**

## MEMORANDUM ORDER

Before the Court is Motion for More Definite Statement filed by Defendant, East Carroll Parish Sheriff. (Rec. Doc. 3). Plaintiff did not oppose.

This is an action under 42 U.S.C. §1983 filed by "Teri Speyrer on behalf of Geoffrey Speyrer," alleging wrongdoing by various defendants during Geoffrey Speyrer's incarceration. (Rec. Doc. 1, ¶3). One Defendant, East Carroll Sherriff, filed a Motion for More Definite Statement, arguing that Plaintiff's Complaint lacks any factual allegations pertaining to Teri Speyrer's relationship to Geoffrey Speyrer and whether Teri has standing to bring the suit on his behalf. (Rec. Doc. 3).

Pursuant to F.R.C.P. Rule 12(e), "[a] party may move for a more definite statement of a pleading to which a responsive pleading is allowed but which is so vague or ambiguous that the party cannot reasonably prepare a response." The party invoking federal jurisdiction, such as Plaintiff in this case, has the burden to show the three elements of standing: the plaintiff must have suffered an "injury in fact;" there must be a causal connection between the injury and the conduct complained

of; and it must be "likely," as opposed to merely "speculative," that the injury will be "redressed by a favorable decision." *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560, (1992).

Defendant correctly contends that Teri Speyrer's standing to bring suit on behalf for Geoffrey Speyrer cannot be ascertained from the Complaint. The Complaint lacks any factual allegations as to why Teri is suing on behalf of Geoffrey, and why Geoffrey could not bring suit on his own behalf for his own alleged injuries. The Court is unable to assess the fundamental initial inquiry of standing from Plaintiff's allegations. Accordingly,

IT IS ORDERED that Plaintiff amend the Complaint within fourteen (14) days to set forth factual allegations pertaining to Teri Speyrer's relationship to Geoffrey Speyrer and supporting his/her standing to bring this suit on Geoffrey Speyrer's behalf.

THUS DONE in Chambers, Lafayette, Louisiana on this 17th day of December, 2019.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE