# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**TERI D SPEYRER ET AL**          **CASE NO. 6:19-CV-01282**

**VERSUS**                         **JUDGE JUNEAU**

**WYDETTE WILLIAMS ET AL**         **MAGISTRATE JUDGE HANNA**

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Riverbend Detention Center's Motion to Dismiss (Rec. Doc. 13) is GRANTED.

Signed at Lafayette, Louisiana, this 22nd day of April, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE